JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALEGRETE,<br><br>               Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY, *et al.*,<br><br>               Defendant(s). | Case No.: 2:18-CV-09878-AB (FFMx)<br><br>Action Filed:  October 23, 2018<br>Removed:     November 27, 2018<br>Trial Date:    *Pending*<br><br>**[PROPOSED]** ORDER OF DISMISSAL WITH PREJUDICE (PURSUANT TO FED. R. CIV. PROC. RULE 41) |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure, Rule 41(a), IT IS ORDERED THAT THIS ACTION (*Alegrete v. Ford Motor Company*, Case No. 2:18-CV-09878-AB (FFMx)) BE, AND HEREBY IS, Dismissed with Prejudice as to all causes of action asserted in the Complaint, with each party bearing its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: July 30, 2019

                                            Hon. André Briotte Jr.
                                            United States District Court Judge